Frank Downing, et als., Minor Heirs at Law of W. P. Downing, Deceased, by J. Henry Johnson, Next Friend, Appellants, v. S. J. Carlton, et als., Appellees.

An appeal from a Decree of the Circuit Court within and for the County of DeSoto.

Appeal dismissed on motion of solicitor for appellees.

*C. C. Morgan,* for Appellants;

*J. H. Hancock,* for Appellees.

---

Fidelity & Deposit Company of Maryland, Plaintiff in Error, v. Park Trammell, Governor, for use, etc., Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Hillsborough.

Writ of Error dismissed on motion of counsel for plaintiff in error at cost of plaintiff in error.

*Lucas & Withers,* for Plaintiff in Error;

*Dickenson & Dickenson,* for Defendant in Error.